# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 06-02409-GAF (VBKx) | Date | October 3, 2011 |
|---|---|---|---|
| Title | Richard Robinson v. County of Los Angeles Office of Public Safety et al | | |

| Present: The Honorable | GARY ALLEN FEESS, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Renee Fisher | Lisa Gonzalez | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Michael A McGill | Linda C. Miller Savitt |
| | John J Manier |

**Proceedings:**     PRETRIAL CONFERENCE (Held and Completed)

Court and counsel present. Pretrial Conference held. Court and counsel discuss how the parties intend to proceed with trial.

The Trial in this matter is continued to November 29, 2011 at 8:30 a.m.

The parties are ORDERED to lodge the joint exhibits in a binder for the court's review no later than October 12, 2011.

The parties are further ORDERED to file any amended jury instructions no later than the close of business on October 7, 2011

The Court will issue a Pretrial Conference Order.

|  | 00 | : | 32 |
|---|---|---|---|
| Initials of Preparer | | | rf |