# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL, DAY 6**

| | |
|---|---|
| Case No. | CV 06-2409 GAF (VBKx) |
| Title: | Richard Robinson v. County of Los Angeles Office of Public Safety et al |
| Date | December 6, 2011 |

Present: The Honorable  GARY ALLEN FEESS, United States District Judge

| Renee Fisher | Lisa Gonzalez |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Michael A McGill | Linda C. Miller Savitt |
| | John J Manier |

|   | Day Court Trial | SIXTH | Day Jury Trial |   |
|---|---|---|---|---|
|   | One day trial: |   | Begun (1st day); |   | Held & Continued; | X | Completed by jury verdict/submitted to court. |

|   |   |   |   |   |   |
|---|---|---|---|---|---|
|   | The Jury is impaneled and sworn. |   |   |   |   |
|   | Opening statements made by |   |   |   |   |
|   | Witnesses called, sworn and testified. |   | Exhibits Identified |   | Exhibits admitted. |
|   | Plaintiff(s) rest. |   | Defendant(s) rest. |   |   |
|   | Closing arguments made by |   | plaintiff(s) |   | defendant(s). | | Court instructs jury. |
|   | Bailiff(s) sworn. |   | Jury retires to deliberate. | X | Jury resumes deliberations. |
| X | Jury Verdict in favor of |   | plaintiff(s) | X | defendant(s) is read and filed. |
| X | Jury polled. |   | Polling waived. |   |   |
| X | Filed Witness & Exhibit Lists | X | Filed jury notes. | X | Filed jury instructions. |
|   | Judgment by Court for |   | plaintiff(s) |   | defendant(s). |
|   | Findings, Conclusions of Law & Judgment to be prepared by |   | plaintiff(s) |   | defendant(s). |
|   | Case submitted. | Briefs to be filed by |   |   |   |
|   | Motion to dismiss by |   | is | granted. | denied. | submitted. |
|   | Motion for mistrial by |   | is | granted. | denied. | submitted. |
|   | Motion for Judgment/Directed Verdict by |   | is | granted. | denied. | submitted. |
|   | Settlement reached and placed on the record. |   |   |   |   |
|   | Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings. |
| X | Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed. |
|   | Trial subpoenaed documents returned to subpoenaing party. |
|   | Case continued to |   | for further trial/further jury deliberation. |
| X | Other: | Note #7 discussed in open court and response provided to Jury. Jury Note #8 received indicating there is a Verdict. Verdict handled in open court. |

00 : 30

Initials of Deputy Clerk  rf

cc: