JS-6

Mandatory
**CHAMBERS COPY**
E-filed: 12/6/11

LINDA MILLER SAVITT, SBN 94164
JOHN J. MANIER, SBN 145701
BALLARD ROSENBERG GOLPER & SAVITT LLP
500 North Brand Boulevard, Twentieth Floor
Glendale, California 91203-9946
Telephone: (818) 508-3700
Facsimile: (818) 506-4827
e-mail: lsavitt@brgslaw.com, jmanier@brgslaw.com

Attorneys for Defendants COUNTY OF LOS ANGELES, MARGARET YORK, WILLIAM NASH and VICTOR TURNER

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| RICHARD ROBINSON,<br><br>    Plaintiff,<br><br>vs.<br><br>COUNTY OF LOS ANGELES, etc., et al.,<br><br>    Defendants. | Case No. CV 06-2409 GAF (VBKx)<br><br>[*Hon. Gary Allen Feess*]<br><br>~~PROPOSED~~ **JUDGMENT ON SPECIAL VERDICT**<br><br>Trial Date: November 29, 2011<br>Verdict Date: December 6, 2011 |

Defendants County of Los Angeles, Margaret York, William Nash and Victor Turner hereby present their Proposed Judgment on the Special Verdict returned by the jury on December 6, 2011.

DATED: December 6, 2011      BALLARD ROSENBERG
                                                    GOLPER & SAVITT LLP

                                                  By: /s/ John J. Manier
                                                        JOHN J. MANIER
                                            Attorneys for Defendants COUNTY OF LOS ANGELES, MARGARET YORK, WILLIAM NASH and VICTOR TURNER

417129.1

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| RICHARD ROBINSON,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>COUNTY OF LOS ANGELES, etc., et al.,<br><br>　　　　Defendants. | Case No. CV 06-2409 GAF (VBKx)<br><br>[*Hon. Gary Allen Feess*]<br><br>**JUDGMENT ON SPECIAL VERDICT** |

　　　　The above-titled action came on regularly for trial on November 29, 2011, before the Honorable Gary Allen Feess, United States District Judge. A jury of eight persons was regularly impaneled and sworn. Witnesses were sworn and testified. After hearing the evidence and arguments of counsel, the jury was duly instructed by the Court and the cause was submitted to the jury with directions to return a Special Verdict. The jury deliberated and thereafter returned into the court with the following Special Verdict:

　　　　We, the jury, being first empaneled and sworn, do find our verdict as follows:

/ / /

/ / /

417129.1

**QUESTION NO. 1:**

In connection with the following subjects, did Plaintiff Richard Robinson prove by a preponderance of the evidence that he was speaking as a private citizen?

1.1 Reporting suspected time card fraud by OPS Officer Mitch Grace:
Yes_____    No__X__

1.2 Reporting events regarding his observation of police vehicles at the American Legion Hall:
Yes_____    No__X__

1.3 Follow up communications with higher ranking OPS officers as to whether action had been taken regarding his reports concerning items 1.1 and 1.2:
Yes_____    No__X__

1.4 Reporting the display of distinctive tattoos by members of the OPS training unit:
Yes_____    No__X__

1.5 Reporting a possible battery on a police Explorer Scout:
Yes_____    No__X__

1.6 Reporting a possible unreported use of force by a police officer on a juvenile suspect:
Yes_____    No__X__

1.7 Filing a complaint regarding the display of a "Parking for Irish Only" sign behind the Sergeant's desk:

417129.1

3

```
 1        Yes_____        No__X__
 2
 3   IF YOU ANSWERED "YES" TO ANY OF THE PRIOR QUESTIONS, ANSWER
 4   QUESTION NO. 2. IF YOU ANSWERED "NO" TO ALL OF THEM, PLEASE
 5   SIGN AND RETURN THE VERDICT FORM.
 6
 7                        *      *      *
 8   DATED:  December 6, 2011
 9
10                                    /S/
                                   _____
                                        FOREPERSON
11
12        It appearing by reason of said verdict that Defendants County of Los Angeles,
13   Margaret York, William Nash and Victor Turner ("Defendants"), and each of them,
14   are entitled to judgment against Plaintiff Richard Robinson ("Plaintiff"),
15        IT IS ORDERED, ADJUDGED AND DECREED as follows:
16        1.   Plaintiff shall take nothing on his Complaint against Defendants
17   County of Los Angeles, Margaret York, William Nash and Victor Turner.
18        2.   Defendants shall recover their costs from Plaintiff in the aggregate
19   amount of $_____.
20        ~~3.   Defendants shall recover their reasonable attorneys' fees and expenses~~
21   ~~from Plaintiff in the aggregate amount of $_____.~~
22        4.   There being no just cause for delay, the Clerk is ordered to enter this
23   judgment forthwith.
24
25   Dated: 12/6/11              _____
26                               The Honorable Gary Allen Feess
                                 United States District Judge
27
28
```

417129.1                                    4